## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2005-AR4, | : : : : | No. 254 MAL 2016 |
| | : : | Petition for Allowance of Appeal from |
| Respondent | : : : : | the Order of the Superior Court |
| v. | : : : : | |
| G. LINTON SHEPPARD, JUDITH A. SHEPPARD AND WENDY LYNNE SHEPPARD, | : : : : : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2016, the Petition for Allowance of Appeal and Application to Amend or Supplement PAA are **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.